**Rodolfo J. Roldan RIERA, aka Rodifo J. Roldanriera, Plaintiff–Appellant,**

v.

**DEPARTMENT OF HOMELAND SECURITY; et al., Defendants–Appellees.**

**No. 14–56877.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2015.*

Filed Dec. 2, 2015.

Bradley L. Booke, Moriarity Badaruddin & Booke, Salt Lake City, UT, Shandor Badaruddin, Shandor S. Badaruddin, Missoula, MT, for Plaintiff–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Michael J. Hrnicek, Esquire, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Defendants–Appellees.

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

## MEMORANDUM **

Rodolfo J. Roldan Riera, a.k.a. Rodifo J. Roldanriera, a detainee at the Adelanto Detention Center, appeals pro se from the district court's judgment dismissing for failure to provide a trust-account statement his action alleging various constitutional violations. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *James v. Madison St. Jail,* 122 F.3d 27 (9th Cir.1997). We vacate and remand.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The district court dismissed Riera's action because Riera failed to comply with the district court's orders instructing him to file a completed "Certificate of Authorized Officer" along with a certified copy of his trust account statement. *See* 28 U.S.C. § 1915(a) (requirements for person seeking to bring a civil action without prepayment of fees). However, in the verified declaration in his notice of appeal, Riera asserts that the Adelanto Detention Center did not provide him with the required documents, and that he timely informed the district court of this issue. Accordingly, we vacate and remand for further proceedings.

**VACATED and REMANDED.**